UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   ALBERTO LUIS COSTALES                         CASE NO. 20-10608
   ROSE MARITZA COSTALES                       JUDGE BENJAMIN A. KAHN
   2415 BYWOOD ROAD
   GREENSBORO, NC  27405

       DEBTORS

SSN(1) XXX-XX-4421     SSN(2) XXX-XX-5450        DATE: 02/23/2021

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AFFLIATED MANAGEMENT SERVICES<br>5651 BOADMOOR ST<br>MISSION, KS  66202 | $0.00<br>INT: .00%<br>NAME ID: 134449<br>CLAIM #: 0005 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ALLSTATE INSURANCE<br>P O BOX 660598<br>DALLAS, TX  75266 | $0.00<br>INT: .00%<br>NAME ID: 168680<br>CLAIM #: 0006 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ALLY BANK<br>PAYMENT PROCESSING CENTER<br>P O BOX 78367<br>PHOENIX, AZ  85062-8367 | $0.00<br>INT: .00%<br>NAME ID: 144507<br>CLAIM #: 0048 | (S) SECURED<br>AMENDED<br>ACCT: 9444<br>COMMENT: 720C/WDRN |
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $0.00<br>INT: .00%<br>NAME ID: 43468<br>CLAIM #: 0055 | (U) UNSECURED<br>AMENDED<br>ACCT: 7930<br>COMMENT: 920C/WDRN |
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $19.07<br>INT: .00%<br>NAME ID: 43468<br>CLAIM #: 0056 | (U) UNSECURED<br><br>ACCT: 7930<br>COMMENT: |
| AUTORIDAD ACVEDUCTO<br>ALCANTARILLADO<br>P O BOX 7066<br>SAN JUAN, PR  00916 | $150.21<br>INT: .00%<br>NAME ID: 182789<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 2640<br>COMMENT: |
| BETHANY MEDICAL CENTER<br>2700 MERIDIAN PKWY STE 200<br>DURHAM, NC  27713 | $0.00<br>INT: .00%<br>NAME ID: 145374<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAPITAL ONE<br>P O BOX 85015<br>RICHMOND, VA  23285-5015 | $0.00<br>INT: .00%<br>NAME ID: 3491<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| CAPITAL ONE<br>P O BOX 85015<br>RICHMOND, VA  23285-5015 | $0.00<br>INT: .00%<br>NAME ID: 3491<br>CLAIM #: 0013 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAPITAL ONE AUTO FINANCE<br>% AIS PORTFOLIO SERVICES LP<br>P O BOX 4360<br>HOUSTON, TX  77210-4360 | $0.00<br>INT: .00%<br>NAME ID: 168591<br>CLAIM #: 0004 | | (S) SECURED<br>SURRENDERED<br>ACCT: 7380<br>COMMENT: OC,19MITS,REL |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $543.53<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0012 | | (U) UNSECURED<br><br>ACCT: 4925<br>COMMENT: |
| CLARO TELEPHONE COMPANY<br>P O BOX 363128<br>SAN JUAN, PR  00916 | $0.00<br>INT: .00%<br>NAME ID: 182790<br>CLAIM #: 0015 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 137686<br>CLAIM #: 0016 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CVI SGP CO ACQUISITION TRUST<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,332.78<br>INT: .00%<br>NAME ID: 174724<br>CLAIM #: 0034 | | (U) UNSECURED<br><br>ACCT: 1725<br>COMMENT:  STERLING JEWELERS INC,<br>720A |
| DATA MAX<br>711 COLISEUM PLAZA COURT<br>WINSTON SALEM, NC  27106 | $0.00<br>INT: .00%<br>NAME ID: 136979<br>CLAIM #: 0018 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DEPT OF EDUCATION/NAVIENT<br>P O BOX 9635<br>WILKES BARRE, PA  18773 | $0.00<br>INT: .00%<br>NAME ID: 151288<br>CLAIM #: 0019 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DR SU WOOI TEOH MD<br>3824 N ELM ST STE 201<br>GREENSBORO, NC  27455 | $0.00<br>INT: .00%<br>NAME ID: 182791<br>CLAIM #: 0020 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FINANCIAL DATA SYSTEMS LLC<br>1638 MILITARY CUTOFF RD STE 201<br>WILMINGTON, NC  28403 | $0.00<br>INT: .00%<br>NAME ID: 142326<br>CLAIM #: 0021 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST BANK<br>P O BOX 508<br>TROY, NC  27371 | $0.00<br>INT: .00%<br>NAME ID: 6461<br>CLAIM #: 0022 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 38570<br>CLAIM #: 0023 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FIRST PREMIER BANK<br>P O BOX 5524<br>SIOUX FALLS, SD  57117 | $0.00<br>INT:  .00%<br>NAME ID:  26117<br>CLAIM #:  0024 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FORSYTH EMERGENCY SERVICES<br>3333 SILAS CREEK PKWY<br>WINSTON SALEM, NC  27103 | $0.00<br>INT:  .00%<br>NAME ID:  133964<br>CLAIM #:  0026 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GEICO<br>REGIONAL OFFICE<br>ONE GEICO CENTER<br>MACON, GA  31296 | $0.00<br>INT:  .00%<br>NAME ID:  164670<br>CLAIM #:  0027 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GEORGE BROWN ASSOC<br>2200 CROWN POINT EXEC DR<br>CHARLOTTE, NC  28227 | $0.00<br>INT:  .00%<br>NAME ID:  39449<br>CLAIM #:  0028 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GREENSBORO IMAGING<br>1313 CAROLINA ST STE 100<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID:  147386<br>CLAIM #:  0029 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT:  .00%<br>NAME ID:  1159<br>CLAIM #:  0053 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY EMS<br>P O BOX 3328<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID:  67312<br>CLAIM #:  0030 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX<br>P O BOX 3138<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID:  119336<br>CLAIM #:  0047 | (S) SECURED<br>AMENDED<br>ACCT: 19TX<br>COMMENT: 1020C/WDRN |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID:  159804<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| HEALTHSHARE CREDIT UNION<br>1200 NORTH ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID:  145869<br>CLAIM #:  0031 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| HOMETOWN AUTO<br>2915 N MAIN ST<br>HIGH POINT, NC  27265 | $0.00<br>INT:  .00%<br>NAME ID:  155201<br>CLAIM #:  0032 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INDIGO<br>% CELTIC BANK<br>P O BOX 4477<br>BEAVERTON, OR  97076 | $0.00<br>INT:  .00%<br>NAME ID:  171964<br>CLAIM #:  0033 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 4421<br>COMMENT:  OC |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $676.86<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0017 | | (U) UNSECURED<br><br>ACCT: 9829<br>COMMENT:  CREDIT ONE BANK |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $84.01<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0003 | | (P) PRIORITY<br><br>ACCT: 8TXS<br>COMMENT:  OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $90.71<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0057 | | (U) UNSECURED<br><br>ACCT: /PEN<br>COMMENT: |
| NATIONSTAR MORTGAGE LLC DBA<br>MR COOPER<br>P O BOX 619094<br>DALLAS, TX  75261 | $0.00<br>INT:  .00%<br>NAME ID: 167975<br>CLAIM #:  0049 | | (S) SECURED<br>AMENDED<br>ACCT: 5724<br>COMMENT:  1020C/WDRN |
| NATIONSTAR MORTGAGE LLC DBA<br>MR COOPER<br>P O BOX 619094<br>DALLAS, TX  75261 | $0.00<br>INT:  .00%<br>NAME ID: 167975<br>CLAIM #:  0050 | | (S) SECURED<br>NOT FILED<br>ACCT: 5724<br>COMMENT:  POST-ARR |
| NATIONSTAR MORTGAGE LLC DBA<br>MR COOPER<br>P O BOX 619094<br>DALLAS, TX  75261 | $0.00<br>INT:  .00%<br>NAME ID: 167975<br>CLAIM #:  0051 | | (S) SECURED<br>AMENDED<br>ACCT: 5724<br>COMMENT:  PRE-ARR, 1020C/WDRN |
| NATIONWIDE INSURANCE<br>ONE NATIONWIDE PLAZA<br>COLUMBUS, OH  43215 | $0.00<br>INT:  .00%<br>NAME ID: 44227<br>CLAIM #:  0035 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| NOVANT HEALTH<br>P O BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | $617.03<br>INT:  .00%<br>NAME ID: 173897<br>CLAIM #:  0036 | | (U) UNSECURED<br><br>ACCT: 4421<br>COMMENT: |
| PATHOLOGISTS DIAGNOSTICS<br>LABORATORY PA<br>P O BOX 603377<br>CHARLOTTE, NC  28260 | $0.00<br>INT:  .00%<br>NAME ID: 182792<br>CLAIM #:  0037 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PIEDMONT TRIAD ANESTHESIA<br>145 KIMEL PARK DR STE 100<br>WINSTON SALEM, NC  27103 | $123.82<br>INT:  .00%<br>NAME ID: 152954<br>CLAIM #:  0038 | | (U) UNSECURED<br><br>ACCT: 4421<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $9,080.89<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0007 | | (U) UNSECURED<br><br>ACCT: 4969<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $296.32<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 7341<br>COMMENT:  WALMART |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $627.08<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0044 | (U) UNSECURED<br><br>ACCT: 7243<br>COMMENT: |
| PR TELEPHONE COMPANY<br>P O BOX 360998<br>SAN JUAN, PR  00936 | $0.00<br>INT: .00%<br>NAME ID: 182793<br>CLAIM #: 0039 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $1,073.60<br>INT: .00%<br>NAME ID: 159089<br>CLAIM #: 0025 | (U) UNSECURED<br><br>ACCT: 1174<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CREDIT CORP SOLUTIONS INC<br>P O BOX 788<br>KIRKLAND, WA  98083-0788 | $965.85<br>INT: .00%<br>NAME ID: 159984<br>CLAIM #: 0052 | (U) UNSECURED<br><br>ACCT: 7714<br>COMMENT: SYNCHRONY BANK |
| RCS/CARVAL INVESTORS<br>9320 EXCELSIOR BLVD<br>HOPKINS, MN  55343 | $0.00<br>INT: .00%<br>NAME ID: 182794<br>CLAIM #: 0040 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SCA COLLECTION INC<br>P O BOX 876<br>GREENVILLE, NC  27835 | $0.00<br>INT: .00%<br>NAME ID: 55780<br>CLAIM #: 0041 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SYNCHRONY BANK<br>P O BOX 965061<br>ORLANDO, FL  32896 | $0.00<br>INT: .00%<br>NAME ID: 150390<br>CLAIM #: 0042 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SYNCHRONY BANK<br>P O BOX 965061<br>ORLANDO, FL  32896 | $0.00<br>INT: .00%<br>NAME ID: 150390<br>CLAIM #: 0043 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  ROOMS TO GO |
| TEA OLIVE LLC<br>P O BOX 1931<br>BURLINGAME, CA  94011 | $687.84<br>INT: .00%<br>NAME ID: 178223<br>CLAIM #: 0054 | (U) UNSECURED<br><br>ACCT: 4284<br>COMMENT: |
| THE BANK OF MISSOURI<br>P O BOX 105555<br>ATLANTA, GA  30348 | $388.50<br>INT: .00%<br>NAME ID: 171990<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 0582<br>COMMENT: |
| TRIAD RADIOLOGY ASSOCIATES<br>P O BOX 1259 DEPT 88680<br>OAKS, PA  19456 | $0.00<br>INT: .00%<br>NAME ID: 137522<br>CLAIM #: 0045 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| WAKE FOREST BAPTIST HEALTH<br>P O BOX 751727<br>CHARLOTTE, NC  28275 | $0.00<br>INT: .00%<br>NAME ID: 150660<br>CLAIM #:  0046 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$16,810.10** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $2,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  02/23/2021                           OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
    Attorney for Debtors - Electronic Notice